IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-00392-JLK**

**UNITED STATES OF AMERICA**,

      Plaintiff,

v.

**DENISE ANN VIGIL,**

      Defendant.

---

## ORDER

---

Kane, J.

      This matter is before the court on Defendant Denise Ann Vigil's *pro se* Motion for

Sentence Reconsideration (doc. #26), filed July 27, 2009.  I have reviewed the motion and

the attached letter.  The Motion is DENIED.

      Dated:  August 26, 2009

                           BY THE COURT:

                           *s/John L. Kane*
                           John L. Kane, Senior Judge
                           United States District Court