**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

| | |
|---|---|
| Courtroom Deputy: Bernique Abiakam<br>Court Reporter: Tamara Hoffschildt<br>Probation: Andrea L. Bell | Date:  February 7, 2012 |

Criminal Action No.: 08-cr-00392-JLK

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Richard A. Hosley |
| Plaintiff, | |
| v. | |
| DENISE ANN VIGIL, | Scott T. Poland |
| Defendant. | |

### COURTROOM MINUTES

**SUPERVISED RELEASE VIOLATION HEARING**

**10:04 a.m.**     **Court in session.**

Court calls case.  Defendant present in custody.  Counsel present.

Preliminary remarks by the Court.

Defendant understands and admits and accepts responsibility for violations of supervised release.

Argument heard on Doc. No. 46.

10:10 a.m.     Argument by Mr. Poland.

10:15 a.m.     Argument by Mr. Hosley.

10:22 a.m.     Statement by Patricia Veloz (Defendant's Grandmother).

The Government, defense counsel, and defendant were given an opportunity to make

*08-cr-00392-JLK*
*Supervised Release Violation*
*February 7, 2012*

statements before re-sentencing.

Comments and rulings by the Court.

Court finds that defendant has violated conditions of supervised release.

**ORDERED:   Defendant's Motion for Variant Sentence (Filed 2/2/12; Doc. No. 46) is DENIED.**

**It is ORDERED and ADJUDGED:**       Supervised release is **revoked.**

**IMPRISONMENT:**
Defendant is re-sentenced to a term of imprisonment of **1 year**.

**SUPERVISED RELEASE:** None to follow imprisonment in this sentence.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant is remanded into the custody of the United States Marshal.

**10:28 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: 24 minutes.